UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00200-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **VICTORIA L. SPROUSE,** | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on defendant's Motion to Strike Surplusage and Motion to Dismiss Count Two. Inasmuch as this matter has been peremptorily set for trial during the May 2013 term, the pending motions will be heard at the conclusion of the March 2013 calendar call.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Strike Surplusage and Motion to Dismiss Count Two are calendared for hearing on March 4, 2013, at the conclusion of calendar call.

Signed: February 26, 2013

Max O. Cogburn Jr.
United States District Judge