UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00200-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VICTORIA L. SPROUSE, )<br>)<br>Defendant. ) | ORDER |

**THIS MATTER** is before the court on the Joint Motion to Amend Judgment (#74). The court has reviewed the Joint Motion and the Judgment (#71) in this case and determined that the Judgment contains a clerical error as defined by Rule 36, Federal Rules of Criminal Procedure, which may be resolved by granting the joint motion and entering the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Joint Motion to Amend Judgment (#74) is GRANTED, and the Judgment (#71) is hereby AMENDED to reflect that by imposing an aggregate sentence of 30 months in this case, defendant is to serve no additional time in this case beyond the 30 month sentence she received in Case No. 3:07-CR-211 (the "mortgage fraud case"). The Clerk of Court shall prepare and submit to chambers an Amended Judgment reflecting such correction.

Signed: September 19, 2016

Max O. Cogburn Jr
United States District Judge