UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00200-MOC

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **VICTORIA L. SPROUSE,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for Early Termination of Probation/Supervised Release. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

### ORDER

**IT IS HEREBY ORDERED** that defendant's Motion for Early Termination of Probation/Supervised Release is **DENIED**. (#83). The Court may reconsider a renewed motion for early release after defendant has served more time on supervised release.

Signed: August 6, 2019

Max O. Cogburn Jr.
United States District Judge